# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| HYMAN PROPERTIES, INC. d/b/a HYMAN LTD. CLASSIC CARS, a Missouri Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMOBILES, HOLDINGS AND ACQUISITIONS, INC., a Georgia Corporation, MATTHEW L. STEAKLEY, an individual and resident of the State of Georgia,<br><br>Defendants. | CIVIL ACTION NO.: 1:16-cv-04617-MHC<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS, THIRD-PARTY CLAIMS, AND COUNTERCLAIMS |
| AUTOMOBILES, HOLDINGS AND ACQUISITIONS, INC., a Georgia Corporation, and MATTHEW L. STEAKLEY, an individual and resident of the State of Georgia,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>SULLIVAN AUTOS OF ATLANTA, INC., an individual and resident of the State of Georgia,<br><br>Third-Party Defendant. | |

**COME NOW**, Hyman Properties, Inc. d/b/a Hyman Ltd. Classic Cars, Defendants Automobiles, Holdings & Acquisitions, LLC and Matthew L. Steakley, and Third-Party Defendant Sullivan Autos of Atlanta, Inc. (collectively the "Parties"), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), file this Stipulation of Voluntary Dismissal Without Prejudice of All Claims, Third-Party Claims, and Counterclaims (the "Stipulation"), dismissing, without prejudice, all claims by all parties against all other parties.

In support of this Stipulation, the Parties show this Honorable Court that all Parties that have appeared in this action stipulate to this voluntary dismissal, and the Parties further stipulate to each bear their own attorneys' fees and costs incurred in this matter, and not to seek any such fees and costs from one another.

Respectfully submitted this 17th day of November, 2017.

[signatures on following page]

| | |
|---|---|
| **KAUFMAN & FORMAN, P.C**. | **COHEN COOPER ESTEP & ALLEN, LLC** |
| /s/ Robert J Kaufman | /s/ Jefferson M. Allen[1] |
| ROBERT J. KAUFMAN | JEFFERSON M. ALLEN |
| Georgia Bar No. 409197 | Georgia Bar No. 010898 |
| MICHAEL D. STACY | 3330 Cumberland Boulevard |
| Georgia Bar No. 940322 | Suite 600 |
| 8215 Roswell Road | Atlanta, Georgia 30339 |
| Building 800 | Phone: (404) 814-0000 |
| Atlanta, Georgia 30350-6445 | Fax: (404) 816-8900 |
| Phone: (770) 390-9200 | jallen@ccealaw.com |
| Fax: (770) 395-6720 | *Counsel for Defendants* |
| rjk@kauflaw.net | |
| mds@kauflaw.net | |
| *Counsel for Plaintiff* | |

/s/ Nicholas G. Dumich[2]
NICHOLAS G. DUMICH
Georgia Br No.: 232650
248 Roswell Street
Marietta, Georgia 30060
Phone: (770) 241-5550
Fax: (770) 426-9584
ndumich@bellsouth.net
*Counsel for Third-Party Defendant*

---

[1] Signed with express consent.
[2] Signed with express consent.

## CERTIFICATE OF COMPLIANCE

This is to certify that to the best of my knowledge, the foregoing pleading has been prepared with one of the font and point selections approved by the court in LR 5.1B, pursuant to LR 7. Specifically, the above-mentioned pleading has been prepared using Times New Roman font, 14 point.

This 17th day of November, 2017.

>*/S/ Robert J. Kaufman*
>ROBERT J. KAUFMAN
>Georgia Bar No. 409197

KAUFMAN & FORMAN, P.C.
8215 Roswell Road
Building 800
Atlanta, Georgia 30350-6445
Telephone: (770) 390-9200
Facsimile: (770) 395-6720
Email: rjk@kauflaw.net
*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS, THIRD-PARTY CLAIMS, AND COUNTERCLAIMS** with the Clerk Court using the CM-ECF System which will automatically send email notification of such filing to all attorneys of record.

This 17th day of November, 2017.

*/S/ Robert J. Kaufman*
ROBERT J. KAUFMAN
Georgia Bar No. 409197

KAUFMAN & FORMAN, P.C.
8215 Roswell Road
Building 800
Atlanta, Georgia 30350-6445
Telephone: (770) 390-9200
Facsimile: (770) 395-6720
Email: rjk@kauflaw.net
*Counsel for Plaintiff*